# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-00892-JO |
| Plaintiff, | Booking No. 21382-506 |
| v. | **[PROPOSED] JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| ENDY RAMIREZ GARCIA, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED.


DATED:  __3/26/2025__

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE